AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## District of Maryland

United States of America
v.
Christopher Brown
*Defendant*

Case No. CCB 12-cr-0630

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **Christopher Brown**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Alleged Violations of Probation or Term of Supervised Release.

Date: May 2, 2017

Address: 101 W. Lombard Street
Baltimore, Md. 21201

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

### Return

This warrant was received on *(date)* 5/1/17, and the person was arrested on *(date)* 6/9/17
at *(city and state)* Baltimore MD.

Date: 6/9/17

*Arresting officer's signature*

David Frost  DUSM
*Printed name and title*